## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AHNEEF GRAVES,** | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | **CIVIL ACTION NO. 25-CV-1786** |
| | **:** | |
| **JOHNATHON MAURICE BYRD,** | **:** | |
| **Defendant.** | **:** | |

## ORDER

AND NOW, this 14th day of April, 2025, upon consideration of Plaintiff Ahneef Graves's

Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is

**ORDERED** that:

1.　　Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.　　The Complaint is **DEEMED** filed.

3.　　The Clerk of Court is **DIRECTED** to restrict ECF No. 2-2, Exhibits to the

Complaint, to Case Participants View only because the exhibits contain medical records with

personal information.

4.　　The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject

matter jurisdiction for the reasons in the Court's Memorandum.

5.　　The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

_____

**MIA R. PEREZ, J.**